WILLIAM W. MANLOVE, OSB #891607
Senior Deputy City Attorney
william.manlove@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **MEGHAN OPBROEK**, an individual,<br><br>**PLAINTIFF,**<br><br>v.<br><br>**CITY OF PORTLAND**, a municipal corporation, **ZACHARY DOMKA** in his individual capacity, **BRENT TAYLOR**, in his individual capacity, **MARK DUARTE**, in his individual capacity, and **ERIK KAMMERER** in his individual capacity,<br><br>**DEFENDANTS.** | Case No.: 3:22-cv-00610-JR<br><br>**SUPPLEMENTAL DECLARATION OF WILLIAM W. MANLOVE IN SUPPORT OF DEFENDANT CITY OF PORTLAND'S PARTIAL MOTION TO DISMISS** |

I, William W. Manlove, declare as follows:

1. I am a Senior Deputy City Attorney currently assigned to this action.  I represent Defendant City of Portland ("City") in the above-entitled matter.

2. Attached to this declaration as *Exhibit 4* is a true and correct copy of the Listing of Legislative Records relating to House Bill 1515.

3. Attached to this declaration as *Exhibit 5* is a true and correct copy of excerpts of House Bill 1515.

Page  1  –  SUPPLEMENTAL DECLARATION OF WILLIAM W. MANLOVE

4. Attached to this declaration as *Exhibit 6* is a true and correct copy of excerpts of the March 10, 1969, HB House Judiciary Committee Meeting Minutes.

5. Attached to this declaration as *Exhibit 7* is a true and correct copy of the Explanation of House Bill 1515 and Comments on House Bill 1515 by Section, prepared by Joseph T. Henke.

6. Attached to this declaration as *Exhibit 8* is a true and correct copy of excerpts of March 14, 1969, HB 1515 House Judiciary Committee Meeting Minutes.

7. Attached to this declaration as *Exhibit 9* is a true and correct copy of the April 10, 1969 Proposed Amendments to House Bill 1515.

8. Attached to this declaration as *Exhibit 10* is a true and correct copy of the May 8, 1969 House Amendments to House Bill 1515 by Committee on Judiciary.

9. Attached to this declaration as *Exhibit 11* is a true and correct copy of May 1, 1969 correspondence to Joseph T. Henke regarding proposed amendments to House Bill 1515.

10. Attached to this declaration as *Exhibit 12* is a true and correct copy of excerpts of May 14, 1969, HB 1515 Senate Judiciary Committee Meeting Minutes.

11. Attached to this declaration as *Exhibit 13* is a true and correct copy of Chapter 38, Of the suppression of riots, from the Criminal Code of Oregon, enacted on October 19, 1864.

12. I make this declaration in support of Defendant City's Partial Motion to Dismiss.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: March 21, 2023.

                                                  /s/ William W. Manlove
                                                  William W. Manlove