Daniel E. Thenell, OSB No. 971655
Chelsea P. Pyasetskyy, OSB No. 136450
Thenell Law Group, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496
  *Attorneys for Defendant Zachary Domka*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MEGHAN OPBROEK, an individual,<br><br>       Plaintiff,<br>   vs.<br><br>CITY OF PORTLAND, a municipal corporation, ZACHARY DOMKA in his individual capacity, BRENT TAYLOR in his individual capacity, MARK DUARTE, in his individual capacity, and ERIK KAMMERER in his individual capacity,<br>       Defendants. | Case No.  3:22-cv-00610-JR<br><br>STIPULATED MOTION AND ORDER FOR LIMITED DISMISSAL OF ZACHARY DOMKA WITH PREJUDICE |

**STIPULATION**

Plaintiff Meghan Opbroek ("Plaintiff") and Defendant Zachary Domka, through their undersigned attorneys, stipulate that the claims by Plaintiff against Defendant Zachary Domka should be dismissed with prejudice and without attorney fees or costs to either party.

/ / /

/ / /

STIPULATED MOTION AND ORDER FOR LIMITED DISMISSAL OF ZACHARY DOMKA WITH PREJUDICE - Page 1                    2022-149

THENELL LAW GROUP, P.C.
6 Centerpointe Dr., Ste. 450
Lake Oswego, OR 97035
Telephone (503) 372-6450
Facsimile (503) 372-6496

This is a limited dismissal as to Defendant Zachary Domka only.

IT IS SO STIPULATED:

| DATED: June 20, 2024<br><br>THENELL LAW GROUP, P.C.<br><br>*/s/ Chelsea P. Pyasetskyy*<br>Chelsea Pyasetskyy, OSB No. 136450<br>chelsea@thenelllawgroup.com<br>*Attorneys for Zachary Domka* | DATED: June 20, 2024<br><br>ALBIES & STARK LLC<br><br>*/s/ Maya Rinta*<br>J. Ashlee Albies, OSB No. 051846<br>Maya Rinta, OSB No. 195058<br>ashlee@albiesstark.com<br>maya@albiesstark.com<br>*Attorneys for Plaintiff* |
|---|---|
| DATED: June 20, 2024<br><br>*/s/ Viktoria Lo*<br>Viktoria Lo, OSB No. 175487<br>vika@vlo-law.com<br>   *Attorneys for Plaintiff* | |

## ORDER APPROVING STIPULATION

This matter having come before the Court on the Stipulation of Plaintiff Meghan Opbroek and Defendant Zachary Domka, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims by Plaintiff Meghan Opbroek against Defendant Zachary Domka are hereby dismissed with prejudice and without attorney fees and costs to either party.

DATED: _____, 2024

_____
United State District Judge

STIPULATED MOTION AND ORDER FOR LIMITED DISMISSAL OF ZACHARY DOMKA WITH PREJUDICE - Page 2         2022-149

THENELL LAW GROUP, P.C.
6 Centerpointe Dr., Ste. 450
Lake Oswego, OR 97035
Telephone (503) 372-6450
Facsimile (503) 372-6496

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, I served the foregoing STIPULATED MOTION AND ORDER FOR LIMITED DISMISSAL OF ZACHARY DOMKA WITH PREJUDICE on:

J. Ashlee Albies
Maya Rinta
Albies & Stark LLC
1SW Columbia St. #1850
Portland, OR 97204
ashlee@albiesstark.com
maya@albiesstark.com
 *Attorneys for Plaintiff*

Viktoria Lo
Levi Merrithew Horst PC
610 SW Alder St. #415
Portland, OR 97205
viktoria@lmhlegal.com
 *Attorneys for Plaintiff*

William Manlove, III
City of Portland
1221 SW Fourth Ave., #430
Portland, OR 97204
William.manlove@portlandoregon.gov
 *Attorneys for Defendant City of Portland*

Andrea Coit
Jonathan Hood
Hutchinson Cox
940 Willamette St. #400
PO box 10086
Eugene, OR 97440
acoit@eugenelaw.com
jhood@eugenelaw.com
 *Attorneys for Defendant Mark Duarte*

Carey Caldwell
Karen O'Kasey
Hart Wagner, LLP
1000 SW Broadway #2000
Portland, OR 97205
cpc@hartwager.com
kok@hartwagner.com
 *Attorneys for Defendant Erik Kammerer*

Aaron Hisel
Elizabeth Jones
Capitol Legal Services LLC
901 Capitol St. NE
Salem, OR 97301
aaron@capitol.legal
beth@capitol.legal
 *Attorneys for Defendant Brent Taylor*

**<u>SENT VIA</u>**:

- ☐ U.S. Postal Service, ordinary first-class mail
- ☐ U.S. Postal Service, certified or registered mail, return receipt requested
- ☒ Electronic Service
- ☒ Email
- ☐ Other (specify) _____

THENELL LAW GROUP, P.C.

By: _____
Kaley N. Nelson, Legal Assistant
Kaley@thenelllawgroup.com

CERTIFICATE OF SERVICE - Page 3

2022-149