MICHAEL K. PORTER, OSB #211377
Senior Deputy City Attorney
mike.porter@portlandoregon.gov
CAROLINE TURCO, OSB #083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **MEGHAN OPBROEK**, an individual, | Case No.: 3:22-cv-00610-JR |
| **PLAINTIFF,** | |
| v. | **STIPULATED GENERAL JUDGMENT OF DISMISSAL** |
| **CITY OF PORTLAND**, a municipal corporation, **ZACHARY DOMKA** in his individual capacity, **BRENT TAYLOR**, in his individual capacity, **MARK DUARTE**, in his individual capacity, and **ERIK KAMMERER** in his individual capacity, | |
| **DEFENDANTS.** | |

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and defendant hereby stipulate as follows:

    1.    For the reason that plaintiff's Complaint has been fully compromised and released, plaintiff hereby dismisses her Complaint in the above-captioned matter.

/ / /

/ / /

/ / /

/ / /

2. All parties hereto agree that the dismissal stipulated herein is with prejudice, and that no costs or disbursements or attorneys' fees will be assessed against any party.

IT IS SO STIPULATED:

/s/ Maya Rinta [e-signature authorized]
J. Ashlee Albies, OSB #051846
Viktoria Lo, OSB #175487
Maya Rinta, OSB #195058
Attorneys for Plaintiff

Dated: May 22, 2025

/s/ Michael K. Porter
Michael K. Porter, OSB #211377
Caroline Turco, OSB #083813
Of Attorneys for Defendant City of Portland

Dated: May 22, 2025

/s/ Karen O'Kasey [e-signature authorized]
Karen O'Kasey, OSB #870696
Taylor Lewis, OSB #164263
Attorneys for Defendant Kammerer

Dated: May 12, 2025

IT IS SO ORDERED AND AJUDGED.

Dated this 22nd day of May, 2025.

  /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

Page 2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL